Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 17–01527
Chapter: 13
Judge: JERRY C. OLDSHUE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Louis Magee
aka Louis T. Magee, aka Louis Thomas Magee
17995 River Rd. W.
Summerdale, AL 36580

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 11/28/18

Time: 10:30 AM

Matter:

*48* – Motion to Approve Settlement/Distribution Filed by Earl P. Underwood Jr. on behalf of Louis Magee. (Underwood, Earl)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANGIE JEMISON AT <angie_jemison@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 10/17/18

Andrea Redmon
CLERK OF COURT

BY ANGIE JEMISON
DEPUTY CLERK